JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERI LEE RISCHIO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. SACV 22-0335-JPR<br><br>**J U D G M E N T** |

　　For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED THAT (1) Plaintiff's request for an order awarding benefits is DENIED; (2) Plaintiff's request for an order remanding the case for further proceedings is GRANTED; (3) the Acting Commissioner's request for an order affirming her final decision is DENIED; and (4) judgment is entered in Plaintiff's favor.

DATED: March 29, 2023

　　　　　　　　　　　　　　　　　*Jean Rosenbluth*
　　　　　　　　　　　　　　　　　JEAN P. ROSENBLUTH
　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE