**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERI LEE RISCHIO,<br><br>        Plaintiff,<br><br>      vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social<br>Security,<br><br>        Defendant | Case No.: 8:22-cv-00335-JPR<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $5,150.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: 4/6/2023

_Jun Rosenbluth_

THE HONORABLE JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE

1    Respectfully submitted,

2    LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3        /s/   *Brian C. Shapiro*

4    BY: _____

5        Brian C. Shapiro
         Attorney for plaintiff Teri Lee Rischio

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26